TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00508-CV

Ken and Sandra Ford, Individually and as Representatives of the Estate of Bianca Ford,
and as Next Friends of Kenetra Ford and Jessica Ford, Minor Children, Appellants

v.

City of Cedar Park, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 99-376-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING 

PER CURIAM

 Ken and Sandra Ford, Individually and as Representatives of the Estate of Bianca
Ford, and as Next Friends of Kenetra Ford and Jessica Ford, minor children, and City of Cedar
Park have informed this Court that they have settled their dispute. They filed a Joint Motion to
Remand in this appeal. We grant the motion and, without considering the merits of the appeal,
reverse the judgment of the trial court and remand the case to the trial court for the purpose of
considering and approving the settlement agreement of the parties, and for the further purpose of
rendering judgment in conformity with such agreement, if the same be approved. See Tex. R.
App. P. 42.1(a)(1).

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Reversed and Remanded on Joint Motion

Filed: December 23, 1999

Do Not Publish